UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**HANNA JABER,**

        **Plaintiff,**　　　　　　　CASE NUMBER: 09-11610
　　　　　　　　　　　　　　　　　　HONORABLE VICTORIA A. ROBERTS
**v.**

**WAYNE STATE UNIVERSITY
BOARD OF GOVERNORS,
and DR. PAULA C. WOOD**

        **Defendants.**
_____/

## ORDER

This matter is before the Court on Defendants' "Motion for Reconsideration" of the Court's "Order Granting in part Defendants' Motion for Summary Judgment." The Court held a hearing on Defendants' motion on September 21, 2010. For the reasons stated on the record, Defendants' Motion for Reconsideration is **GRANTED**.

For reasons also stated on the record, Defendants' "Motion for Summary Judgment" on Jaber's procedural due process claim is **DENIED**. Pursuant to the liberal standard for amendments to pleadings which provides that the Court should freely give a party leave to amend pleadings "when justice so requires," Fed. R. Civ. P. 15 (a)(2), Jaber may amend her complaint to state a procedural due process claim against Defendants based on Dean Woods' purported lack of authority to revoke her doctoral degree.

1

**IT IS ORDERED.**

                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: September 23, 2010

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on September 23, 2010.

s/Linda Vertriest
Deputy Clerk

---